```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 06855
   MARILYN A PICMAN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7142


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/21/2008 and was not confirmed.

     The case was dismissed without confirmation 07/23/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------

REAL TIME RESOLUTIONS IN  CURRENT MORTG        .00           .00            .00
REAL TIME RESOLUTIONS IN  MORTGAGE ARRE    3000.00           .00            .00
LITTON LOAN SERVICING     CURRENT MORTG        .00           .00            .00
LITTON LOAN SERVICING     MORTGAGE ARRE   34535.00           .00            .00
LITTON LOAN SERVICING     NOTICE ONLY    NOT FILED           .00            .00
ADVENTIST LAGRANGE MEMOR  UNSECURED      NOT FILED           .00            .00
ADVENTIST LAGRANGE HOSP   NOTICE ONLY    NOT FILED           .00            .00
CAPITAL ONE               UNSECURED      NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         443.45           .00            .00
COLUMBUS BANK & TRUST     UNSECURED      NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED        4671.28           .00            .00
SUBURBAN RADIOLOGISTS     UNSECURED      NOT FILED           .00            .00
DR MARY PITARO            UNSECURED      NOT FILED           .00            .00
EMERGENCY PHYSICIANS LAG  UNSECURED      NOT FILED           .00            .00
MED102 HILLS DRUG         UNSECURED      NOT FILED           .00            .00
EMERGENCY HEALTHCARE PHY  UNSECURED      NOT FILED           .00            .00
EMERGENCY HEALTHCARE PHY  NOTICE ONLY    NOT FILED           .00            .00
LOYOLA UNIVERSITY FOUNDA  UNSECURED      NOT FILED           .00            .00
ADVENTIST LAGRANGE HOSP   UNSECURED      NOT FILED           .00            .00
NICOR GAS                 UNSECURED      NOT FILED           .00            .00
PRIMARY HEALTH ASSOC      UNSECURED      NOT FILED           .00            .00
PROVIDIAN FINANCIAL       UNSECURED      NOT FILED           .00            .00
PROVIDIAN                 NOTICE ONLY    NOT FILED           .00            .00
VILLAGE OF JUSTICE        UNSECURED      NOT FILED           .00            .00
RMI/MCSI                  NOTICE ONLY    NOT FILED           .00            .00
MEDICAL PAYMENT DATA      UNSECURED      NOT FILED           .00            .00
PALOS EMERGENCY MEDICAL   UNSECURED      NOT FILED           .00            .00
WILLIAM PICMAN            NOTICE ONLY    NOT FILED           .00            .00
WILLIAM PICMAN            NOTICE ONLY    NOT FILED           .00            .00
LITTON LOAN SERVICING     NOTICE ONLY    NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         483.22           .00            .00
DANIEL J WINTER           DEBTOR ATTY      2,500.00                     1,159.20
TOM VAUGHN                TRUSTEE                                         100.80
DEBTOR REFUND             REFUND                                             .00


                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 06855 MARILYN A PICMAN
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS   | DISBURSEMENTS |
|----------------------|------------|---------------|
| TRUSTEE              | 1,260.00   |               |
| PRIORITY             |            | .00           |
| SECURED              |            | .00           |
| UNSECURED            |            | .00           |
| ADMINISTRATIVE       |            | 1,159.20      |
| TRUSTEE COMPENSATION |            | 100.80        |
| DEBTOR REFUND        |            | .00           |
| TOTALS               | 1,260.00   | 1,260.00      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE